Robert H. Nunnally, Jr., SBN 134151
Wisener ✻ Nunnally ✻ Gold, L.L.P
625 W. Centerville Road, Suite 110
Garland, Texas 75041
T: 972.840.9080
F: 972.840.6575
Robert@wnglaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | | |
|---|---|---|
| ADP Commercial Leasing, LLC,<br>            Plaintiffs, | : <br> : <br> : | Case No.: 1:09-CV-00108-OWW-DLB |
| vs. | : <br> : | ORDER GRANTING AGREED MOTION OF PLAINTIFF AND DEFENDANTS REQUESTING AN EXTENSION OF THE DISCOVERY CUT-OFF. |
| New Horizon Autos, Inc. and Fawzi Sood,<br>            Defendants | : <br> : <br> : | |

Current deadline: November 13, 2009
Proposed deadline: December 31, 2009.
Trial Date: June 8, 2010

_____

        The Court considered the Joint Motion to Extend the Discovery Deadline. The Court GRANTS the motion. The discovery deadline is extended until December 31, 2009. The non-dispositive motion cut-off is extended until January 8, 2010. All other deadlines in this Court's Scheduling Conference Order remain in place.

IT IS SO ORDERED.

    Dated:   **November 9, 2009**          _____ /s/ _Dennis L. Beck_
                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28