Robert H. Nunnally, Jr., SBN 134151
Wisener ✯ Nunnally ✯ Gold, L.L.P
625 W. Centerville Road, Suite 110
Garland, Texas 75041
T: 972.840.9080
F: 972.840.6575
Robert@wnglaw.com

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| ADP Commercial Leasing, LLC, Plaintiffs, | Case No.: 1:09-CV-00108-OWW-DLB |
| vs. | JUDGMENT |
| New Horizon Autos, Inc. and Fawzi Sood, Defendants | |

The Court now enters judgment based on the stipulation of the parties. The Court awards judgment in favor of ADP Commercial Leasing, LLC and against New Horizon Autos, Inc. in the amount of one hundred ten thousand dollars. This judgment shall bear post-judgment interest at the rate of 0.31% per annum until paid.

PDF created with pdfFactory trial version www.pdffactory.com

Fawzi Sood having settled, the Court dismisses all claims against him or which could have been brought by him with prejudice, each side to bear its own costs.

Signed this 26th day of January, 2010.

                                    <u>/s/ OLIVER W. WANGER</u>
                                      United States Senior District Judge

PDF created with pdfFactory trial version www.pdffactory.com